# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 16-cv-22357-KMW

| | |
|---|---|
| AMAURY CASTRO ARANGUREN, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| TOP GUARD PROFESSIONALS, INC YOLANDA GARCIA and ANTONIO RUIZ RODRIGUEZ, SR., | ) ) ) ) ) |
| Defendants. | ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To:
ANTONIO RUIZ RODRIGUEZ, SR.
1883 NW 7th Street, Suite 7
Miami, FL 33125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

6/22/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 16-cv-22357-KMW

AMAURY CASTRO ARANGUREN, and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
)
            Plaintiffs, )
  vs. )
)
)
TOP GUARD PROFESSIONALS, INC )
YOLANDA GARCIA and )
ANTONIO RUIZ RODRIGUEZ, SR., )
)
)
           Defendants. )
)

**SUMMONS IN A CIVIL ACTION**

To:
TOP GUARD PROFESSIONALS, INC
c/o Registered Agent, Yolanda Garcia
1883 NW 7th Street, Suite 3
Miami, FL 33125

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                    J.H. Zidell, Esq.
                    J.H. Zidell P.A.
           300 71ST Street, Suite 605
           Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

6/22/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 16-cv-22357-KMW

AMAURY CASTRO ARANGUREN, and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
)
Plaintiffs, )
vs. )
)
)
TOP GUARD PROFESSIONALS, INC )
YOLANDA GARCIA and )
ANTONIO RUIZ RODRIGUEZ, SR., )
)
)
Defendants. )
_____ )

**SUMMONS IN A CIVIL ACTION**

To:
YOLANDA GARCIA
1883 NW 7th Street, Suite 7
Miami, FL 33125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

6/22/2016

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court