UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22357-CIV-KMW

| | |
|---|---|
| AMAURY CASTRO ARANGUREN, and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiffs, <br> vs. <br><br> TOP GUARD PROFESSIONALS, INC YOLANDA GARCIA and ANTONIO RUIZ RODRIGUEZ, SR., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## AFFIDAVIT OF COMPLIANCE AS TO ALL DEFENDANTS

I, Rivkah Jaff, Esq., an attorney of J.H. Zidell, P.A., counsel for Plaintiff, being sworn, certify that the following information is true:

1.  As indicated on by the Affidavits [DE11-1 and 13-1] of the process servers utilized by Plaintiff and the Affidavit of Diligent Search and Inquiry as to All Defendants [DE14-1], addresses on public record and with the Florida Department of State Division of Corporations' Sunbiz database were attempted as well as those addresses listed in said Affidavits in Plaintiff's efforts to execute service upon the Defendants. Plaintiff's public record search was exhausted and there are no present, accurate addresses of record in which Plaintiff may attempt to execute service of process on the Defendants.

2.  As Plaintiff was unable to effectuate service of process by delivering the summons and the Complaint to Defendants via a process server, it was determined that the proper method of service in this action was to perfect substituted service upon the Secretary of State, pursuant to Fla. Stat. 48.161(1) and Fla. Stat. 48.181(1).[1]

3.  On January 4, 2017, the Clerk issued a summons for Defendants to be served upon the

---

[1] Plaintiff's Motion for Extension of Time to Serve Defendants via the Secretary of State is pending. [DE13].

Secretary of State. [DE17].

4. On January 4, 2017, pursuant to Fla. Stat. 48.161(1), I mailed the process to the Secretary of State. Immediately following said mailing that same day, I mailed notice of said service and a copy of the process to the Corporate Defendants' registered agent and the Individual Defendants via US registered mail. The Registered Mailing numbers were as follows:

> (a) Defendant Top Guard Professionals, Inc. – 7013 0600 0002 1342 5321
>
> (b) Defendant Yolanda Garcia – 7013 0600 0002 1342 5338
>
> (c) Defendant Antonio Ruiz Rodriguez, Sr. – 7013 0600 0002 1342 5314

5. As of January 30, 2017, I have not received the return receipt of the registered mailing to Defendants. A review of the United States Postal Service Product and Tracking Information reflects that the letters were unclaimed/Max Hold Time Expired and that the items were returned to the sender (Plaintiff's Counsel) on January 27, 2017. *See attached* Exhibit "A".

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Dated this 30th day of January, 2017.

_____
Signature of Affiant
Rivkah Jaff, Esq.
J.H.Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Fl. 33141
Tel: 305-865-6766
Fax: 305-865-7167

STATE OF Florida
COUNTY OF Dade

Sworn to or affirmed and signed before me on this 30 day of January, 2017
by Rivkah Jaff, Esq.

_____
NOTARY PUBLIC, STATE OF FL

JOSHUA H. SHESKIN
MY COMMISSION # FF 996310
EXPIRES       2020
Bonded Th           Services

Personally known ☒
Produced identification
Type of identification produced:

_____

Print, Type or Stamp Commissioned Name of Notary Public)

JOSHUA H. SHESKIN
MY COMMISSION # FF 996310
EXPIRES: June 3, 2020
Thru Budget Notary Services