English        Customer Service        USPS Mobile                                        Register / Sign In



# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: 70130600000213425314**

Your item was returned to the sender on January 27, 2017 at 11:26 am in MIAMI, FL 33125 because it was not claimed by the addressee once the item reached its maximum hold time at the post office.

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

## Available Actions

**Text Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 27, 2017, 11:26 am | Unclaimed/Max Hold Time Expired | MIAMI, FL 33125 |

**Email Updates**

Your item was returned to the sender on January 27, 2017 at 11:26 am in MIAMI, FL 33125 because it was not claimed by the addressee once the item reached its maximum hold time at the post office.

| | | |
|---|---|---|
| January 9, 2017, 3:03 pm | Notice Left (No Authorized Recipient Available) | MIAMI, FL 33125 |
| January 7, 2017, 12:53 pm | Business Closed | MIAMI, FL 33125 |
| January 6, 2017, 8:33 pm | Departed USPS Facility | OPA LOCKA, FL 33054 |
| January 6, 2017, 1:09 am | Arrived at USPS Facility | OPA LOCKA, FL 33054 |

## Track Another Package

**Tracking (or receipt) number**

[                                                    ]  **Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2017 USPS. All Rights Reserved.

| English | Customer Service | USPS Mobile | | Register / Sign In |



# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70130600000213425338

Your item was returned to the sender on January 27, 2017 at 11:26 am in MIAMI, FL 33125 because it was not claimed by the addressee once the item reached its maximum hold time at the post office.

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 27, 2017, 11:26 am | Unclaimed/Max Hold Time Expired | MIAMI, FL 33125 |

Your item was returned to the sender on January 27, 2017 at 11:26 am in MIAMI, FL 33125 because it was not claimed by the addressee once the item reached its maximum hold time at the post office.

| January 9, 2017, 3:03 pm | Notice Left (No Authorized Recipient Available) | MIAMI, FL 33125 |
| January 7, 2017, 12:53 pm | Business Closed | MIAMI, FL 33125 |
| January 6, 2017, 8:33 pm | Departed USPS Facility | OPA LOCKA, FL 33054 |
| January 6, 2017, 1:09 am | Arrived at USPS Facility | OPA LOCKA, FL 33054 |

## Track Another Package

**Tracking (or receipt) number**

[                                                      ] Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2017 USPS. All Rights Reserved.

English     Customer Service     USPS Mobile                          Register / Sign In



# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70130600000213425321

Your item was returned to the sender on January 27, 2017 at 11:26 am in MIAMI, FL 33125 because it was not claimed by the addressee once the item reached its maximum hold time at the post office.

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 27, 2017, 11:26 am | Unclaimed/Max Hold Time Expired | MIAMI, FL 33125 |

Your item was returned to the sender on January 27, 2017 at 11:26 am in MIAMI, FL 33125 because it was not claimed by the addressee once the item reached its maximum hold time at the post office.

| | | |
|---|---|---|
| January 9, 2017, 3:03 pm | Notice Left (No Authorized Recipient Available) | MIAMI, FL 33125 |
| January 7, 2017, 12:53 pm | Business Closed | MIAMI, FL 33125 |
| January 6, 2017, 8:33 pm | Departed USPS Facility | OPA LOCKA, FL 33054 |
| January 6, 2017, 1:09 am | Arrived at USPS Facility | OPA LOCKA, FL 33054 |

## Track Another Package

Tracking (or receipt) number

[                                    ]  Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**


| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2017 USPS. All Rights Reserved.